# IN THE SUPREME COURT OF THE STATE OF NEVADA

REPUBLICAN ATTORNEYS GENERAL ASSOCIATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE KERRY LOUISE EARLEY, DISTRICT JUDGE,
Respondents,
  and
LAS VEGAS METROPOLITAN POLICE DEPARTMENT,
Real Party in Interest.

No. 77131

FILED

OCT 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This emergency petition for a writ of mandamus challenges a district court order denying petitioner's motion to examine withheld records under an "attorney's eyes only" restriction.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary intervention is warranted at this time. NRS 34.160; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). The district court hearing on petitioner's public records request is scheduled for Wednesday this week. In view of the

18-40438

upcoming hearing, we decline to exercise our discretion to intervene, and we

ORDER the petition DENIED.

_____ Pickering , J.
Pickering

_____ Gibbons , J.
Gibbons

_____ Hardesty , J.
Hardesty

cc:  Hon. Kerry Louise Earley, District Judge
     Clark Hill PLLC
     Marquis Aurbach Coffing
     Eighth District Court Clerk